

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00397-CV

**IN THE INTEREST OF X.J.F.**, a Child

From the County Court, Atascosa County, Texas
Trial Court No. 16-08-0720-CVA
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED September 11, 2019.

_____
Rebeca C. Martinez, Justice